THE STATE EX REL. BARTLEY, APPELLANT, *v.* FAHEY BANKING COMPANY ET AL., APPELLEES.

[Cite as *State ex rel. Bartley v. Fahey Banking Co.*, 119 Ohio St.3d 343, 2008-Ohio-4481.]

(No. 2007–1434—Submitted July 22, 2008—Decided September 10, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Michael J. Muldoon, for appellant.

Nancy Hardin Rogers, Attorney General, and Eric C. Harrell, Assistant Attorney General, for appellee Industrial Commission of Ohio.